UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MILAGROS DIAZ and
TIFFANY WILLIAMS,

          Plaintiff(s),

vs.                                            Case No. 8:01-CV-572-T-27MAP

COAST DENTAL SERVICES, INC.,

          Defendant(s).
_____/

## ORDER APPROVING SETTLEMENT OF COLLECTIVE ACTION AND APPROVING NOTICE OF SETTLEMENT

**BEFORE THE COURT** is the Joint Motion/Memorandum for Order Approving Settlement of Collective Action and Approving Notice of Settlement (Dkt. 26). The Court conducted a hearing on July 23, 2002, and having reviewed the file, hearing argument of counsel and being otherwise fully advised, concludes that the joint motion should be **GRANTED**.

The Court finds that the proposed settlement is a fair and reasonable compromise of a bonafide dispute arising under the Fair Labor Standards Act for the recovery of unpaid overtime compensation on behalf of the Plaintiffs and all employees and former employees of Defendant who are similarly situated. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is

**ORDERED AND ADJUDGED** that the proposed settlement of collective action is **APPROVED** and the proposed notice attached to the Joint Motion for Order Approving Settlement is **APPROVED**. The parties are directed to comply with the proposed settlement including but not limited to providing notice as set forth in the settlement.

**DONE AND ORDERED** in chambers, Tampa, Florida this 23rd day of July, 2002.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
Law Clerk

30

F I L E    C O P Y

Date Printed: 07/25/2002

Notice sent to:   *BY 01-572*

    ___   David J. Linesch, Esq.
          The Linesch Firm
          700 Bee Pond Rd.
          Palm Harbor, FL   34683

    ___   William E. Curphey III, Esq.
          William E. Curphey & Assoc., P.C.
          2605 Enterprise Rd. E., Suite 150
          Clearwater, FL   33759

    ___   Mary Li Creasy, Esq.
          Shumaker, Loop & Kendrick
          101 E. Kennedy Blvd., Suite 2800
          P.O. Box 172609
          Tampa, FL   33672-0609